**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

USA,
Plaintiff

v. CASE NO. CR04-46T

WILLIAM THOMPSON,
Defendant

**EXHIBIT RECEIPT**

All Government Exhibits including:

G's Exh. # 3 - Pink Pillow Case
G's Exh. # 1 - Rifle

Signature of Attorney:

Date: June 28, 2005

David A. DiMarzio

By: Ryan H. Jackson
Deputy Clerk
Date:

Signature of ATF Agent:

6/28/05
Date: